**Dated: April 23, 2024**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT538

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
CAROLINE DYLNN JACKSON
Debtor(s)                                       Case No. 18-22556-L
SSN(1) XXX-XX-0222

---

ORDER DIRECTING PRESENT EMPLOYER
TO CEASE DEDUCTIONS

---

   In this cause it appearing to the Court that an Order has been entered for the debtor(s)' employer to make payroll deductions, and

   IT NOW APPEARING TO THE COURT that said employer should cease making deductions from the debtor(s)' wages, and that said debtor should make his or her payments directly to the Chapter 13 Trustee;

   IT IS THEREFORE ORDERED that AMAZON, cease making further deductions from the wages of the debtor, and that the debtor pay $110.00 WEEKLY directly to Sylvia Ford Brown, at P.O. Box 1924, Memphis, TN  38101-1924.

                                        /S/ Sylvia Ford Brown
                                        Chapter 13 Trustee


CC:   Sylvia Ford Brown
MP
      CAROLINE DYLNN JACKSON
      207 NATIONAL DR APT 1
      MURFREESBOTO, TN  37128-6806

      JIMMY MCELROY ATTY

      AMAZON
      PO BOX 80726
      ATTN: PAYROLL
      SEATTLE, WA  98108